IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------X
CODY SCHNEIDER, on behalf of himself and all :
others similarly situated,                    :     Case No. 2:22-cv-03299-KNS
                                              :
                Plaintiff,                    :
                                              :
        -against-                             :
                                              :
GLOBUS MEDICAL, INC.,                         :
                                              :
                Defendant.                    :
---------------------------------------------------------------X

**PLAINTIFF'S NOTICE OF UNOPPOSED MOTION**
**FOR APPROVAL OF FLSA SETTLEMENT**

PLEASE TAKE NOTICE THAT Plaintiff Cody Schneider, by and through counsel, moves this Court, respectfully before the Honorable Magistrate Judge Elizabeth T. Hey to whom the parties have stipulated to jurisdiction for settlement approval purposes, for approval of the proposed settlement of this collective action brought pursuant to the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et seq*. The instant Motion is accompanied by Plaintiff's Brief in Support of Plaintiff's Unopposed Motion for Approval of FLSA Settlement, the Declaration of Paolo Meireles in support, and the Declaration of Mark Gottesfeld in support.

Date: August 14, 2023

/s/ *Paolo Meireles*
Paolo Meireles*
Gregg Shavitz*
Tamra Givens*
**SHAVITZ LAW GROUP**
951 Yamato Road, Suite 285
Boca Raton, FL 33431
561.447.8888
pmeireles@shavitzlaw.com
gshavitz@shavitzlaw.com
givens@shavitzlaw.com

Peter Winebrake

Mark J. Gottesfeld
Michelle Tolodziecki
**WINEBRAKE & SANTILLO, LLC**
715 Twinning Road, Suite 211
Dresher, PA 19025
215.884.2491
pwinebrake@winebrakelaw.com
mgottesfeld@winebrakelaw.com
mtolodziecki@winebrakelaw.com

*Attorneys for Plaintiffs and the Putative Collective and State Law Classes*

*Admitted *Pro Hac Vice*

## **CERTIFICATE OF CONCURRENCE**

Pursuant to Local Rule 7.1, the undersigned has sought Defendant's concurrence to the instant Motion. Defendant does **not oppose** the relief requested herein.

*/s/ Paolo Meireles*
Paolo Meireles

Dated: August 14, 2023

## **CERTIFICATE OF SERVICE**

I, Gregg I. Shavitz, hereby certify that I caused the foregoing document to be filed and served via ECF upon all counsel of record.

***/s/ Paolo Meireles***
Paolo Meireles

Dated: August 14, 2023