**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA**

---------------------------------------------------------------X
CODY SCHNEIDER, individually and on behalf  :
of all others similarly situated,  
                                                  :  **Case No.: 2:22-cv-03299-CSMW**

                Plaintiffs,  :

       -against-  :

GLOBUS MEDICAL, INC.,  :

                Defendant.  :
---------------------------------------------------------------X

**AGREED ORDER ON PLAINTIFF'S UNOPPOSED MOTION FOR ORDER
APPROVING SETTLEMENT OF COLLECTIVE ACTION AND AUTHORIZING
NOTICE OF SETTLEMENT AND DISMISSAL WITH PREJUDICE**

THIS MATTER came before the Court upon the Plaintiff's Unopposed Motion for Order Approving Settlement of Collective Action and Authorizing Notice of Settlement and Dismissal with Prejudice (the "Motion"). Having reviewed the Motion and the Settlement Agreement, considered the arguments and representations of counsel during an October 31, 2023 hearing, and the Court being otherwise fully advised, it is

**ORDERED AND ADJUDGED** as follows:

The Motion is GRANTED. The Court finds that the Parties' Settlement is fair, reasonable and just in all respects, and reflects a reasonable compromise over contested litigation to resolve a *bona fide* dispute under the Fair Labor Standards Act. Accordingly:

1. The Parties' Settlement is APPROVED in its entirety;

2. The Court approves the proposed Settlement Notice Packet attached as Exhibit A to the Settlement Agreement and the proposed distribution method;

3. The Court approves the Total Settlement Amount, inclusive of the Plaintiff' Settlement Fund ($76,000.00) and the separately negotiated Plaintiffs' Counsel's Fees and Costs Fund ($105,000.00);

4. The Court approves a Service Award of $5,000.00 to the Named Plaintiff to be paid from the Plaintiffs' Settlement Fund;

5. The Administration Costs will be paid out of the Plaintiffs' Counsel Fees and Costs Fund;

6. This Action is DISMISSED WITH PREJUDICE in its entirety, with leave to reinstate for purposes of enforcing the terms of the Settlement Agreement in the event that the parties cannot resolve a dispute over the implementation of the Settlement on or before 180 days after the Settlement Notices and Settlement Checks are issued pursuant to the terms of the Settlement;

7. This Court will RETAIN JURISDICTION to enforce the Settlement; and

8. The case is closed and all pending motions are denied as moot.

DONE and ORDERED on this 31st day of October, 2023.

*Carol S. Wells*
Carol Sandra Moore Wells
United States Magistrate Judge

cc: All Counsel of Record